OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
6/1/2015 PRIVATE USE

RTS

$ 00.27⁵
0002003152    JUN 08 2015
MAILED FROM ZIP CODE 76711

DRAUGHON, MARTIN ALLEN - Tr. Ct. No. 463728-B    WR-27,511-08

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

Discharged

MARTIN ALLEN DRAUGHON
EASTHAM UNIT - TDC #1383751
P. O. BOX 16
LOVELADY, TX 75851

UTF

:MEBN3B 75851